IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERRY JOHN FIORILLO,<br><br>    Petitioner,<br><br>  v.<br><br>UNITED STATES OF AMERICA,<br><br>    Respondent.                              / | No. C 09-01693 CRB<br><br>**ORDER OF REFERRAL** |

Jerry John Fiorillo filed this action pursuant to the All Writs Acts, 28 U.S.C. section 1651, challenging his 360-month sentence on the ground that it was imposed in violation of Apprendi, Blakely, and Booker. The Court believes that this action is related to another criminal prosecution and 28 U.S.C. section 2255 proceeding heard by the Honorable Justin L. Quackenbush. United States v. Flowers, CR 94-00427 JLQ. Accordingly, pursuant to Civil Local Rule 3-12(c) this action is referred to the Honorable Quackenbush for a determination of whether the cases are related.

**IT IS SO ORDERED.**

Dated: April 23 2009

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2009\1693\orderofreferral.wpd