UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERRY JOHN FIORILLO,<br><br>                Petitioner,<br><br>   vs.<br><br>UNITED STATES OF AMERICA,<br><br>                Defendant. | No. CV-09-1693-JLQ<br><br>ORDER DIRECTING RESPONSE |

     The Government shall respond to the Petition For Writ of Audita Querela within thirty days from the date of this Order. Counsel for the Petitioner may reply within 15 days of receipt of the Response from the Government. The matter shall then be submitted without oral argument, unless the court otherwise orders.

     In its response, the Government should, *inter alia,* address the circumstances giving rise to the Ninth Circuit ordering resentencing of the co-defendant Anthony Flowers, including any subsequent court decisions or United States Sentencing Commission rules dealing with that issue.

     The Clerk shall enter this Order and furnish copies to counsel.

     Dated this 16th day of June, 2009.

                      s/ Justin L. Quackenbush
                      JUSTIN L. QUACKENBUSH
          SENIOR UNITED STATES DISTRICT JUDGE

ORDER - 1